UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 08-100M |
| FELIPE PABLO-JIMENEZ, | : | |
| Defendant. | : | |

**SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE**

**PLEASE** withdraw the appearance of Edson A. Bostic, Esquire as attorney of record and enter the appearance of Keir Bradford, Esquire as attorney on behalf of Defendant, Felipe Pablo-Jimenez, in the above-captioned matter.

　　　　　　　　　　　　　　　　　　　　　/s/ *Keir Bradford*
　　　　　　　　　　　　　　　　　　　　KEIR BRADFORD, ESQUIRE
　　　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender
　　　　　　　　　　　　　　　　　　　　One Customs House
　　　　　　　　　　　　　　　　　　　　704 King Street, Suite 110
　　　　　　　　　　　　　　　　　　　　Wilmington, DE  19801
　　　　　　　　　　　　　　　　　　　　302-573-6010
　　　　　　　　　　　　　　　　　　　　ecf_de@msn.com

DATED:  June 10, 2008

PDF created with pdfFactory Pro trial version www.pdffactory.com