IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>FELIPE PABLO-JIMENEZ<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>) Criminal Action No. 08-100-UNA<br>)<br>)<br>)<br>)<br>) |

**MOTION AND ORDER TO DISMISS**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Ilana H. Eisenstein, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss, without prejudice, the Criminal Complaint as to defendant Felipe Pablo-Jimenez.

                                                                    COLM F. CONNOLLY
                                                                    United States Attorney

                                                    By: /s/ Ilana H. Eisenstein
                                                            Ilana H. Eisenstein
                                                           Assistant United States Attorney

Dated: June 11, 2008

SO ORDERED this _____ day of _____, 2008.

                                                      _____
                                                      HONORABLE MARY PAT THYNGE
                                                      United States Magistrate Judge