IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 08-100-UNA |
| | ) |
| FELIPE PABLO-JIMENEZ | ) |
| | ) |
| Defendant. | ) |

## MOTION AND ORDER TO DISMISS

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Ilana H. Eisenstein, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss, without prejudice, the Criminal Complaint as to defendant Felipe Pablo-Jimenez.

COLM F. CONNOLLY
United States Attorney

By: _____
Ilana H. Eisenstein
Assistant United States Attorney

Dated: June 11, 2008

SO ORDERED this __11__ day of __June__, 2008.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Judge

FILED
JUN 11 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE